# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>                          Petitioner,<br><br>v.<br><br>SCOTT KERNAN and DANIEL PARAMO,<br><br>                         Respondents. | Case No.: 18-cv-1833-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

    Petitioner Lance Williams, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1). However, Williams has neither paid the $5.00 filing nor moved to proceed *in forma pauperis*. Because this Court cannot proceed until Williams has either paid the $5.00 filing fee or qualified to proceed *in forma pauperis*, the Court DISMISSES the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Williams wishes to proceed with this case, he must submit, no later than October 15, 2018, a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California *In Forma Pauperis* Application to Petitioner along with a copy of this Order.

Dated: August 28, 2018

                                                                  */s/ William Q. Hayes*<br>
                                                                  Hon. William Q. Hayes<br>
                                                                  United States District Court